DE RUYTER, Respondent, *v.* MANHATTAN RY. CO., Appellant.

(*Common Pleas of New York City and County, General Term.*  March 3, 1891.)

Appeal from judgment on report of referee.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*Davies & Rapallo,* for appellant.   *I. A. Weekes, Jr.,* for respondent.
No opinion.  Judgment affirmed, with costs.

---

McCANN, Appellant, *v.* SIXTH AVE. R. CO., Respondent.

(*Common Pleas of New York City and County, General Term.*  March 4, 1891.)

Appeal from special term.
Argued before BISCHOFF and PRYOR, JJ.
*J. A. O'Gorman,* for appellant.   *D. M. Porter,* for respondent.
No opinion.  Order affirmed, with costs.

---

MICHELSEN, Appellant, *v.* MADURO, Respondent.

(*Common Pleas of New York City and County, General Term.*  March 5, 1891.)

Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*H. R. Squiers,* for appellant.   *Wise & Lichtenstein,* for respondent.
No opinion.  Judgment affirmed, with costs.

---

VINCENT, Respondent, *v.* VINCENT, Appellant.

(*Common Pleas of New York City and County, General Term.*  March 6, 1891.)

Argued before DALY, C. J., and ALLEN and BISCHOFF, JJ.
*W. M. Olcott,* for respondent.
No opinion.  Order affirmed.

---

WALLACH, Respondent, *v.* MANHATTAN RY. CO., (two cases,) Appellant.

(*Common Pleas of New York City and County, General Term.*  March 6, 1891.)

Appeal from special term.
Argued before DALY, C. J., and ALLEN and BISCHOFF, JJ.
No opinion.  Order affirmed, with costs.

---

ROBERTS, Respondent, *v.* PIKE, Appellant.

(*Common Pleas of New York City and County, General Term.*  March 6, 1891.)

Appeal from special term.
Argued before DALY, C. J., and ALLEN and PRYOR, JJ.
*Wm. North,* for appellant.   *M. P. Stafford,* for respondent.
No opinion.  Judgment affirmed, with costs.  See 13 N. Y. Supp. 559.

---

KALBREIER, Respondent, *v.* STEIN, Appellant.

(*Common Pleas of New York City and County, General Term.*  March 6, 1891.)

Appeal from special term.
Argued before DALY, C. J., and ALLEN and BISCHOFF, JJ.
*I. Fromme,* for appellant.   *A. G. Vanderpoel,* for respondent.
No opinion.  Order affirmed, with costs.